**Order filed, April 24, 2020.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-20-00017-CR
14-20-00018-CR
14-20-00019-CR
14-20-00020-CR
14-20-00021-CR

**BUFORD LLOYD CROWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1614719, 1633371, 1633372, 1633373, 1663374**

---

## ORDER

The reporter's record in this case was due April 17, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Roxanne Wiltshire, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Christopher, Wise and Zimmerer.